In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JESSE S. PHILLIPS, as Superintendent of Insurance, for an Order to Take Possession of the Property of the POLISH UNION OF AMERICA.

JAN GLADYSZ et al., Individually and as Members of the POLISH UNION OF AMERICA, Appellants, *v.* POLISH UNION OF AMERICA et al., Respondents.

*Appeal — permission to appeal.*

Reported below, 192 App. Div. 941.

(Submitted February 28, 1921; decided March 8, 1921.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 25, 1920, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term. Also motion to dismiss an appeal from an order of the Appellate Division in the fourth judicial department, entered May 21, 1920, which affirmed an order of Special Term denying a motion to vacate certain prior orders.

The motions were made on the ground that appeals could not be taken as of right to the Court of Appeals and that permission to appeal had not been obtained.

*Joseph A. Wechter* and *Clarence C. Fowler* for motions.

*Fred S. Withey* and *F. M. Joslyn* opposed.

Motions denied, with ten dollars costs of one motion, without prejudice to right to renew motion to dismiss in connection with argument of appeal.